**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO.: 5:05CR23-3-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **ABRAHAM ORTEGA,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

      **THIS MATTER** is before the Court on Defendant's *pro se* letter Motion For Return

of Property, dated June 20, 2007, and filed with the Court on August 14, 2007.  (Document

#57)  In his motion, Defendant alleges that federal law enforcement officers seized various

items of personal property from him on February 15, 2005.  As a result, Defendant now

requests the return of his wallet and gold chain with pendant.

      **IT IS, THEREFORE, ORDERED** that the Government is directed to respond to the

Defendant's Motion For Return of Property **on or before Friday, August 31, 2007**.


Signed: August 15, 2007

Richard L. Voorhees
United States District Judge